# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE C. DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-24-811-SLP |
| MOORE POLICE DEPARTMENT et al., | ) |
| Defendants. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell, which was entered on October 10, 2024 [Doc. No. 9]. Judge Mitchell recommends dismissal of this matter because Plaintiff has failed to comply with the Court's order to pay the initial filing fee of $145.13. Plaintiff had until October 31, 2024 to object to the R. & R. No objection has been filed, nor has an extension of time in which to object been sought or granted. Upon review, the Court concurs with Judge Mitchell's analysis.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 9] is ADOPTED in its entirety. This matter is DISMISSED without prejudice due to Plaintiff's failure to comply with the Court's orders. A separate Judgment of Dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 6th day of November, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE